■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CAJIGAS, Appellant. [718 NYS2d 636] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered December 9, 1998, convicting him of murder in the second degree (two counts), attempted robbery in the first degree (two counts), and burglary in the first degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements he made to law enforcement authorities.

Ordered that the judgment is affirmed.

The defendant was not arrested in violation of *Payton v New York* (445 US 573) (*see, People v Rosario,* 186 AD2d 598; *People v Ross,* 158 AD2d 560; *People v Roe,* 136 AD2d 140, *affd* 73 NY2d 1004). Accordingly, the hearing court properly denied suppression of the defendant's statements on that ground (*see, People v Rosario, supra; People v Ross, supra*).

The defendant's remaining contentions are without merit. Ritter, J. P., S. Miller, Goldstein and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DINO CAROSELLI, Appellant. [718 NYS2d 638] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 24, 1996 (*People v Caroselli,* 228 AD2d 691), affirming a judgment of the Supreme Court, Kings County, rendered September 7, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., O'Brien, Ritter and Thompson, JJ., concur.